IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VERGIL McENTIRE                                                                                              PLAINTIFF

v.                                        Case No. 3:13cv00022 DPM-JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                                     DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion to Proceed *In Forma Pauperis* (DE #1). Plaintiff lists gross pay of $325 and take-home pay of $306.00, but there is no indication of how often these wages are earned (weekly, biweekly, monthly). Because this information is not included, the Court finds the application incomplete.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be "completely destitute" to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338.

The Court hereby directs Plaintiff to provide within fourteen (14) days of this Order some explanation as to her source(s) of income and/or means of supporting herself.

IT IS SO ORDERED this 29th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE