# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**VERGIL McENTIRE**                                                                                    **PLAINTIFF**

V.                              **CASE NO. 3:13CV00022-BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on March 6, 2014, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is remanded for further proceedings.

The ruling of the Commissioner is remanded for a proper evaluation of the report of Plaintiff's treating rheumatologist. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

So ordered this 10th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE