**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**VERGIL McENTIRE**                                                                                          **PLAINTIFF**

V.                              CASE NO. 3:13CV00022-BD

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## ORDER

Plaintiff Vergil McEntire has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #21) In his motion, Mr. McEntire requests fees and expenses in the amount of $3,414.23. The Commissioner does not object to the amount requested. (#23)

Accordingly, Mr. McEntire's motion (#21) is GRANTED, and he is awarded $3,414.23 in fees and expenses, subject to offset if he has outstanding federal debts.

DATED this 14th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE